A. L. BAKER v. L. KLOSTER.

FILED OCTOBER 2, 1894.   No. 5535.

Review: DEFECTIVE TRANSCRIPT: DISMISSAL.   Where the trans-
cript filed in this court does not contain the judgment, or final
order, of the district court sought to be reviewed, the petition in
error will be dismissed.

ERROR from the district court of Dakota county.   Tried
below before NORRIS, J.

*Jay & Beck*, for plaintiff in error.

*Robert B. Daley*, contra.

NORVAL, C. J.

The petition in error must be dismissed, for the reason
that the judgment sought to be reviewed is not before us.
The transcript filed in this court consists alone of the pe-
tition, answer, instructions to the jury, and motion for a
new trial.   No journal entries are in the record, nor does

it appear that a verdict has ever been returned by the jury, or that the motion for a new trial has been passed upon, or that a final judgment has been entered in the case. It is only a judgment, or final order, rendered by the district court that can be reviewed by the supreme court, and unless the transcript brought to this court contains such judgment, or final order, the proceeding will be dismissed. The petition in error is

DISMISSED.